# THE COCHRAN FIRM
## TREASURE COAST

January 6, 2020

**VIA ECF**

The Honorable Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      Re:    **Hashmi v. HCL America, Inc., et al.**
             **Case No. 1:19-08335**

Dear Judge Gardephe:

We represent Plaintiff Maha Hashmi in the above referenced matter. Pursuant to the Court's Notice of Pretrial Conference, a Pretrial Conference is set for this matter on Thursday, January 16, 2020, at 10:30AM. The Plaintiff submits this letter requesting a temporary adjournment of the conference pursuant to Your Honor's Individual Rules of Practice in Civil Cases.

We request for the Pretrial Conference to be adjourned until February 13th or March 5th, which are both Thursdays. Plaintiff makes this request because the parties are attempting to resolve the case outside of court. Moreover, Defendants contend that Plaintiff is bound to arbitration—which Plaintiff contends. The issue of arbitration and whether Defendants are provided leave to file a motion to compel arbitration has not been ruled on at this time. Defendants have provided consent to Plaintiff's request for adjournment.

Thank you in advance for your attention to this matter.

Respectfully submitted,

Kelly L. O'Connell, Esq.

**MEMO ENDORSED**
*The Conference is adjourned to Feb. 13, 2020 at 10:15 A.M.*

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
Jan. 9, 2020